

FILED
NOV 15 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

XIA LEE,

    Defendant.

Case №: 3:18-mj-00016-DMC

**O R D E R
APPOINTING COUNSEL**

    The court appointed the CJA Panel Attorney Earl Lowery Jr. to represent the defendant on August 14, 2018. Defendant Lee declined to consent to Magistrate Judge jurisdiction and was ordered to appear before the Sacramento Duty Magistrate on December 5, 2018. Mr. Lowery was relieved as counsel. Sacramento CJA Panel attorney Daniel Olsen has agreed to represent Xia Lee and is hereby appointed effective November 14, 2018, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: Click here to enter a date.

HON. CAROLYN K. DELANEY
United States Magistrate Judge